FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 14 2011

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 11-2430 |
| | ) | |
| vs. | ) | Counts 1-2: 18 U.S.C. § 661: |
| | ) | Embezzlement (Felony). |
| **FRANCISCO D. SMALLS,** | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

### Counts 1-2

On or about the dates listed below, on Kirtland Air Force Base, within the special maritime and territorial jurisdiction of the United States, in the District of New Mexico, the defendant, **FRANCISCO D. SMALLS**, did knowingly take and carry away, with intent to steal and purloin, property of the American Federation of Government Employees ("AFGE") Local 2263 with a value of more than $1,000.00, as described below:

| Count | Check # | Date | Payee | Amount | Purpose |
|---|---|---|---|---|---|
| 1 | 1049 | 09/05/2008 | Francisco Smalls | $1,300.00 | Travel Reimbursement |
| 2 | 1055 | 08/24/2008 | Francisco Smalls | $2,000.00 | Travel Reimbursement |
| Total Approx. Amount - Travel Reimbursement | | | | $3,300.00 | |

In violation of 18 U.S.C. § 661.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
09/09/11 11:44am